UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DEGIORGIO,

Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

**ORDER**

26-CV-07754 (PMH)

PHILIP M. HALPERN, United States District Judge:

This matter has recently been reassigned to me. Rule 18(a)(3) of the Southern District of New York's Rules for the Division of Business provides for circumstances when a civil case shall be designated for assignment to White Plains, and when it may be designated for assignment to White Plains. The Complaint in this matter alleges that Federal Express Corporation is a Delaware corporation with its principal place of business in Memphis, Tennessee; and that FedEx Ground Package System, Inc. is a Delaware corporation with its principal place of business in Pittsburgh, Pennsylvania. (Doc. 1 ¶¶ 5, 6). The Complaint does not identify where Plaintiff resides, whether the claim arose in any part of the Northern Counties, or whether any of the parties reside in the Northern Counties. The Civil Cover Sheet (Doc. 2) likewise omits addresses.

Plaintiff is therefore directed to, by September 24, 2026, either: 1) amend the complaint to specify what part of the claim arose out of the Northern Counties or which parties reside in the Northern Counties such that the case should be assigned to the White Plains courthouse, or 2) inform the Court via letter that the case should more properly be assigned to Manhattan.

SO-ORDERED:

Dated: White Plains, New York
September 17, 2026

Philip M. Halpern
United States District Judge